# EXHIBIT A

Type of Work:	Text

Registration Number / Date:

    TX0007188321 / 2010-06-02

Application Title: The Bedwetter.

Title:	The Bedwetter.

Description:	Book, 240 p.

Copyright Claimant:

    Sarah Silverman.

Date of Creation:  2010

Date of Publication:

    2010-04-01

Nation of First Publication:

    United States

Authorship on Application:

    Sarah Silverman; Domicile: United States; Citizenship:

    United States. Authorship: text.

Names:	Silverman, Sarah

==========================================================================
===

Type of Work:	Text

Registration Number / Date:

>TX0008471412 / 2017-09-05

Application Title: ARARAT.

Title:		ARARAT.

Description:	Book, 305 p.

Copyright Claimant:

>CHRISTOPHER GOLDEN.

Date of Creation:  2016

Date of Publication:

>2017-03-29

Nation of First Publication:

>United States

Authorship on Application:

>CHRISTOPHER GOLDEN; Domicile: not known. Authorship: text.

Names:		GOLDEN, CHRISTOPHER

===============================================================================

Type of Work:	Text

Registration Number / Date:

    TX0007044052 / 2009-08-25

Application Title: Sandman Slim.

Title:	Sandman Slim.

Description:	Book, 388 p.

Copyright Claimant:

    Richard Kadrey.

Date of Creation:  2009

Date of Publication:

    2009-08-01

Nation of First Publication:

    United States

Authorship on Application:

    Richard Kadrey; Domicile: United States; Citizenship:

    United States. Authorship: text.

Names:	Kadrey, Richard

==============================================================================
===