Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH SILVERMAN, et al.,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>OPENAI, INC., et al,<br><br>Defendants. | Case No. 23-cv-03416-KAW<br><br>**PROOF OF SERVICE OF SUMMONS ON OPENAI GP, L.L.C.** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03416-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OpenAI GP, L.L.C., a Delaware limited liability company
was received by me on *(date)* 07/11/2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Service of Process Intake Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* CSC, Registered Agent, 2710 Oaks Dr.,#150N, Sacramento, CA 95833 @ 2:45 PM on *(date)* 07/11/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/11/2023

*Server's signature*

Robert J. Mason, Reg. No. 03-007 Placer Co.
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

**ATTACHMENT TO PROOF OF SERVICE**
**COMPLETE LIST OF DOCUMENTS SERVED**

*Re: Sarah Silverman, et al. v OpenAI, Inc., et al.*
*USDC Northern District of CA Case No.: 4:23-cv-03416 KAW*

**Summons;**

**Complaint with exhibits A, B;**

**Civil Cover Sheet;**

**(Proposed) Summons;**

**Copyright Report on the Filing or Determination of an Action or Appeal re: a Copyright;**

**Case Assigned to Magistrate Judge Kandis A. Westmore;**

**Order Setting Initial Case Management Conference and ADR Deadlines;**

**Report on the Filing or Determination of an Action or Appeal re: a Copyright;**

**ADR Handbook;**

**Notice of a Lawsuit and Request to Waive Service of a Summons;**

**Waiver of the Service of Summons;**

**ECF Registration Information;**

**Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore;**

**Standing Order for Magistrate Judge Kandis A. Westmore;**

**Notice re: Telephonic Appearance Procedures for Magistrate Judge Kandis A. Westmore;**

**Notice of Assignment of Case to a United States Magistrate Judge for Trial;**

**Standing Order for All Judges of the Northern District of California;**

**U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags;**