Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH SILVERMAN, et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> OPENAI, INC., et al, <br><br> Defendants. | Case No. 23-cv-03416-KAW <br><br> **PROOF OF SERVICE OF SUMMONS ON OPENAI STARTUP FUND MANAGEMENT, LLC** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03416-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OpenAI Startup Fund Management, LLC, a Delaware limited liability company

was received by me on *(date)* 07/11/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Service of Process Intake Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* CSC, Registered Agent, 2710 Oaks Dr.,#150N, Sacramento, CA 95833 @ 2:45 PM on *(date)* 07/11/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/11/2023

*Server's signature*

Robert J. Mason, Reg. No. 03-007 Placer Co.
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHMENT TO PROOF OF SERVICE
## COMPLETE LIST OF DOCUMENTS SERVED

Re:  Sarah Silverman, et al. v OpenAI, Inc., et al.
USDC Northern District of CA Case No.: 4:23-cv-03416 KAW

Summons;

Complaint with exhibits A, B;

Civil Cover Sheet;

(Proposed) Summons;

Copyright Report on the Filing or Determination of an Action or Appeal re: a Copyright;

Case Assigned to Magistrate Judge Kandis A. Westmore;

Order Setting Initial Case Management Conference and ADR Deadlines;

Report on the Filing or Determination of an Action or Appeal re: a Copyright;

ADR Handbook;

Notice of a Lawsuit and Request to Waive Service of a Summons;

Waiver of the Service of Summons;

ECF Registration Information;

Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore;

Standing Order for Magistrate Judge Kandis A. Westmore;

Notice re: Telephonic Appearance Procedures for Magistrate Judge Kandis A. Westmore;

Notice of Assignment of Case to a United States Magistrate Judge for Trial;

Standing Order for All Judges of the Northern District of California;

U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags;