1  Joseph R. Saveri (State Bar No. 130064)
2  Cadio Zirpoli (State Bar No. 179108)
   Christopher K.L. Young (State Bar No. 318371)
3  Kathleen J. McMahon (State Bar No. 340007)
   **JOSEPH SAVERI LAW FIRM, LLP**
4  601 California Street, Suite 1000
5  San Francisco, California 94108
   Telephone:     (415) 500-6800
6  Facsimile:     (415) 395-9940
   Email:         jsaveri@saverilawfirm.com
7                 czirpoli@saverilawfirm.com
8                 cyoung@saverilawfirm.com
                  kmcmahon@saverilawfirm.com
9

10 Matthew Butterick (State Bar No. 250953)
   1920 Hillhurst Avenue, #406
11 Los Angeles, CA 90027
   Telephone:     (323) 968-2632
12 Facsimile:     (415) 395-9940
13 Email:         mb@butterickaw.com

14 *Counsel for Individual and Representative Plaintiffs
15 and the Proposed Class*

16                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
17                **SAN FRANCISCO DIVISION**

18 | | |
   |---|---|
19 | SARAH SILVERMAN, et al., | Case No. 23-cv-03416-KAW |
20 | Individual and Representative Plaintiffs, | **PROOF OF SERVICE OF SUMMONS ON OPENAI STARTUP FUND I, L.P.** |
21 | v. | |
22 | OPENAI, INC., et al, | |
23 | Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-03416-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   OpenAI Startup Fund I, L.P., a Delaware limited partnership

was received by me on *(date)*   07/12/2023   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   "Jane Doe", CSC Representative, per CSC policy  , who is designated by law to accept service of process on behalf of *(name of organization)*   CSC, Registered Agent, 251 Little Falls Drive, Wilmington, DE 19808, at 3:39 PM   on *(date)*   07/12/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   07/12/2023

*Server's signature*

Sharlene Brooks, Process Server
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

**ATTACHMENT TO PROOF OF SERVICE**
**COMPLETE LIST OF DOCUMENTS SERVED**

Re: Sarah Silverman, et al. v OpenAI, Inc., et al.
USDC Northern District of CA Case No.: 4:23-cv-03416 KAW

Summons;

Complaint with exhibits A, B;

Civil Cover Sheet;

(Proposed) Summons;

Copyright Report on the Filing or Determination of an Action or Appeal re: a Copyright;

Case Assigned to Magistrate Judge Kandis A. Westmore;

Order Setting Initial Case Management Conference and ADR Deadlines;

Report on the Filing or Determination of an Action or Appeal re: a Copyright;

ADR Handbook;

Notice of a Lawsuit and Request to Waive Service of a Summons;

Waiver of the Service of Summons;

ECF Registration Information;

Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore;

Standing Order for Magistrate Judge Kandis A. Westmore;

Notice re: Telephonic Appearance Procedures for Magistrate Judge Kandis A. Westmore;

Notice of Assignment of Case to a United States Magistrate Judge for Trial;

Standing Order for All Judges of the Northern District of California;

U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags;