| | |
|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) |
|   | JGratz@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone:     415.268.7000 |
| 5 | Facsimile:      415.268.7522 |
| 6 | ALLYSON R. BENNETT (CA SBN 302090) |
|   | ABennett@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 8 | Los Angeles, California  90017-3543 |
|   | Telephone:     213.892.5200 |
| 9 | Facsimile:      213.892.5454 |
| 10 | Attorneys for Defendants |
|    | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, |
| 11 | L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP |
|    | FUND GP I, L.L.C., OPENAI STARTUP FUND I, |
| 12 | L.P., AND OPENAI STARTUP FUND |
|    | MANAGEMENT, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual; and RICHARD KADREY, an individual, | Case No. 4:23-cv-03416-KAW |
| Plaintiffs, | **NOTICE OF APPEARANCE BY JOSEPH C. GRATZ** |
| v. | |
| OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | Courtroom:  Ctrm 4, 3rd Floor<br>Judge:  Hon. Kandis A. Westmore<br><br>Action Filed:  7/7/2023<br>Trial Date:  Not Yet Set |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Joseph C. Gratz of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI OpCo, L.L.C., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Joseph C. Gratz
> MORRISON & FORESTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
> Telephone: (415) 268-7000
> Facsimile: (415) 268-7522
> Email: JGratz@mofo.com

Dated: July 21, 2023

MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
Joseph C. Gratz

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC