JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:     213.892.5200
Facsimile:     213.892.5454

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO,
L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP
FUND GP I, L.L.C., OPENAI STARTUP FUND I,
L.P., AND OPENAI STARTUP FUND
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual; and RICHARD KADREY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 4:23-cv-03416-KAW <br><br> **NOTICE OF APPEARANCE BY TIFFANY CHEUNG** <br><br><br> Courtroom:  Ctrm 4, 3rd Floor <br> Judge:  Hon. Kandis A. Westmore <br><br> Action Filed:  7/7/2023 <br> Trial Date:  Not Yet Set |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE of the appearance of Tiffany Cheung of the law offices of

3    Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc.,

4    OpenAI L.P., OpenAI OpCo, L.L.C., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I, L.L.C.,

5    OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled

6    matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and

7    notices pertaining to the above-entitled action not otherwise filed through the Court's electronic

8    filing system should be forwarded to counsel at the following address:

9
10
11
12
13

Tiffany Cheung
MORRISON & FORESTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JGratz@mofo.com

14    Dated: July 21, 2023                    MORRISON & FOERSTER LLP

15

16                                            By:  /s/ Tiffany Cheung
17                                                 Tiffany Cheung

18                                            Attorneys for Defendants
                                              OPENAI, INC., OPENAI, L.P., OPENAI
19                                            OPCO, L.L.C., OPENAI GP, L.L.C.,
                                              OPENAI STARTUP FUND GP I, L.L.C.,
20                                            OPENAI STARTUP FUND I, L.P., AND
                                              OPENAI STARTUP FUND
21                                            MANAGEMENT, LLC

22

23

24

25

26

27

28