Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butterickLaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc.; et al.,<br><br>                   Defendants. | **Case No. 3:23-cv-03223-AMO**<br><br>**STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINTS** |
| Sarah Silverman, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc.; et al.,<br>Defendants. | **Case No. 4:23-cv-03416-KAW**<br><br>**STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINTS** |

Case No. 3:23-cv-03223-AMO
STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINTS

WHEREAS, on June 28, 2023, Plaintiffs Paul Tremblay and Mona Awad filed a Complaint (ECF No. 1) against Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC[1] in *Tremblay, et al. v. OpenAI, Inc., et al.*, No. 3:23-cv-03223-AMO (N.D. Cal. June 28, 2023) (the "*Tremblay* Action");

WHEREAS, on July 7, 2023, Plaintiffs Sarah Silverman, Christopher Golden, and Richard Kadrey[2] filed a Complaint (ECF No. 1) against Defendants in *Silverman, et al. v. OpenAI, Inc., et al.*, No. 4:23-cv-03416-KAW (N.D. Cal. July 7, 2023);

WHEREAS, on July 19, 2023, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should Be Related regarding the *Tremblay* Action and the *Silverman* Action (ECF No. 16) ("Motion to Relate");

WHEREAS, the Court has not yet ruled on Plaintiffs' Motion to Relate;

WHEREAS, Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; and OpenAI Startup Fund Management, LLC in the *Tremblay* Action and the *Silverman* Action have been served;

WHEREAS, Defendants OpenAI Startup Fund GP I, L.L.C. and OpenAI Startup Fund I, L.P. have agreed to accept service in the *Tremblay* Action and the *Silverman* Action;

WHEREAS, the parties named as Defendants in the *Tremblay* Action and the *Silverman* Action have not filed answers nor otherwise responded to the complaints in those actions;

WHEREAS, Civil Local Rule 6-1 permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, Defendants' response to the Complaint in the *Tremblay* Action is currently due July 21, 2023;

---

[1] OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, LLC; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC are collectively referred as "Defendants."

[2] Plaintiffs Paul Tremblay, Mona Awad, Sarah Silverman, Christopher Golden, and Richard Kadrey are collectively referred to as "Plaintiffs."

WHEREAS, the parties have conferred and agreed to an extension of the deadline for Defendants to move or otherwise respond to the Complaint as well as Plaintiffs' response and Defendants' replies to any such motion;

WHEREAS, an extension of the deadline to respond to the Complaint will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, Defendants have agreed not to contend that discovery in this case should be stayed or otherwise delayed until the pleadings have been resolved, but Defendants do not waive, and expressly reserve, the right to interpose objections to particular discovery Plaintiffs may propound;

WHEREAS, the parties have agreed to conduct a Rule 26(f) conference at a mutually agreeable date and time to occur no later than September 15, 2023;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court:

1. Defendants agree not to contend that discovery in this case should be stayed or otherwise delayed until the pleadings have been resolved, but Defendants do not waive, and expressly reserve, the right to interpose objections to particular discovery Plaintiffs may propound;

2. Plaintiffs and Defendants shall conduct a Rule 26(f) conference at a mutually agreeable date and time to occur no later than September 15, 2023;

3. Defendants' deadline to respond to any operative Complaint in the *Tremblay* Action and the *Silverman* Action is extended to August 28, 2023;

4. Plaintiffs' oppositions to any motion(s) filed by Defendants in response to the Complaint are due on September 27, 2023; and

5. Defendants' replies to any such motions are due on October 11, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
United States Judge

Dated: July 21, 2023    By:    */s/ Joseph R. Saveri*
                                          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:     (415) 395-9940
Email:          mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

1  Dated: July 21, 2023

By: */s/ Jospeh C. Gratz*
Joseph C. Gratz

Joseph C. Gratz (State Bar No. 240676)
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone:   415-268-7000
Facsimile:   415-268-7522
Email:   jgratz@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, LLC; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: July 21, 2023

*/s/ Joseph R. Saveri*
Joseph R. Saveri