UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>OpenAI, Inc., et al.,<br><br>                          Defendants. | **Case No. 3:23-cv-03223-AMO**<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |
| Sarah Silverman, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>OpenAI, Inc., et al.,<br><br>Defendants. | **Case No. 4:23-cv-03416-KAW**<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |

1 | Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be
2 | Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to
3 | relate the later-filed case of *Silverman, et al v. OPENAI, INC*, No. 4:23-cv-03416-KAW (N.D. Cal.) to
4 | the first-filed case *Tremblay, et al v. OPENAI, INC. et al*, No. 3:23-cv-03223-AMO (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: July 28, 2023

_____
Judge Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE