| | |
|---|---|
| MORRISON & FOERSTER LLP | LATHAM & WATKINS LLP |
| Joseph C. Gratz (SBN 240676) | Andrew M. Gass (SBN 259694) |
|  jgratz@mofo.com |  andrew.gass@lw.com |
| Tiffany Cheung (SBN 211497) | Joseph R. Wetzel (SBN 238008) |
|  tcheung@mofo.com |  joseph.wetzel@lw.com |
| 425 Market Street | 505 Montgomery Street, Suite 2000 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: 415.258.7522 | Telephone: 415.391.0600 |
| Allyson R. Bennett (SBN 302090) | Sarang V. Damle (*pro hac vice pending*) |
|  abennett@mofo.com |  sy.damle@lw.com |
| 707 Wilshire Boulevard, Suite 6000 | 555 Eleventh Street, NW, Suite 1000 |
| Los Angeles, CA 90017-3543 | Washington, D.C. 20004 |
| Telephone: 213.892.5454 | Telephone: 202.637.2200 |
| | Allison L. Stillman (*pro hac vice pending*) |
| |  alli.stillman@lw.com |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: 212.751.4864 |

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual; RICHARD KADREY, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 3:23-cv-03416-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
CASE NO. 3:23-cv-03416-AMO

Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC's ("Defendants") motion to dismiss (the "Motion") came before this Court for hearing on December 7, 2023.  All parties were represented by counsel as noted on the record.

Having considered the briefs, supporting documents, and arguments of the parties, and finding good cause therefore, **IT IS HEREBY ORDERED** that, for the reasons stated in Defendants' Memorandum of Points and Authorities filed in support of this Motion, Counts II through VI of the Complaint are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: _____

_____
Araceli Martínez-Olguín
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
CASE NO. 3:23-cv-03416-AMO