| | |
|---|---|
| MORRISON & FOERSTER LLP | LATHAM & WATKINS LLP |
| Joseph C. Gratz (SBN 240676) | Andrew M. Gass (SBN 259694) |
| *jgratz@mofo.com* | *andrew.gass@lw.com* |
| Tiffany Cheung (SBN 211497) | Joseph R. Wetzel (SBN 238008) |
| *tcheung@mofo.com* | *joseph.wetzel@lw.com* |
| 425 Market Street | 505 Montgomery Street, Suite 2000 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: 415.258.7522 | Telephone: 415.391.0600 |
| | |
| Allyson R. Bennett (SBN 302090) | Sarang V. Damle (*pro hac vice pending*) |
| *abennett@mofo.com* | *sy.damle@lw.com* |
| 707 Wilshire Boulevard, Suite 6000 | 555 Eleventh Street, NW, Suite 1000 |
| Los Angeles, CA 90017-3543 | Washington, D.C. 20004 |
| Telephone: 213.892.5454 | Telephone: 202.637.2200 |
| | |
| | Allison L. Stillman (*pro hac vice pending*) |
| | *alli.stillman@lw.com* |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: 212.751.4864 |

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual; RICHARD KADREY, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:23-cv-03416-AMO<br><br>**OPENAI, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Araceli Martinez-Olguin |

1  OpenAI LP recently changed its name to OpenAI OpCo, LLC ("OpenAI OpCo").
2  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI OpCo states that it is a
3  subsidiary of OpenAI Global, LLC, which is a subsidiary of OpenAI, Inc., and Microsoft
4  Corporation has an ownership interest of 10% or more in OpenAI Global, LLC.

5  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other
6  than the named parties, the undersigned is not aware of any persons, associations of persons,
7  firms, partnerships, corporations (including, but not limited to, parent corporations), or other
8  entities that (i) have a financial interest in the subject matter in controversy or in a party to the
9  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
10 substantially affected by the outcome of this proceeding.

| | |
|---|---|
| Dated: September 8, 2023 | Respectfully submitted, |

By:   */s/ Allyson R. Bennett*
       Allyson R. Bennett

MORRISON & FOERSTER LLP
Joseph C. Gratz (SBN 240676)
*jgratz@mofo.com*
Tiffany Cheung (SBN 211497)
*tcheung@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
*abennett@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
*andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
*joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice pending*)
*sy.damle@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Allison L. Stillman (*pro hac vice pending*)
*alli.stillman@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*