Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>OpenAI, Inc., et al.,<br><br>                        Defendants. | **Case No. 3:23-cv-03223-AMO**<br>**Case No. 3:23-cv-03416-AMO**<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| Sarah Silverman, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>OpenAI, Inc., et al.,<br><br>                        Defendants. | |

1   Plaintiffs hereby notify the Court of newly issued authority relevant to their Opposition to
2   Defendants' Motion to Dismiss (ECF No. 48). On October 13, 2023, the California Superior Court for
3   the County of Los Angeles issued an Order denying Defendants' demurrer on Plaintiffs' common law
4   negligence claim, holding that claims for negligence against social media companies may proceed under
5   traditional common law principles. Order on Def.'s Dem. to Master Compl., *Social Media Cases*, L.A.
6   Super. Ct. (2023) (No. JCCP 5255). In pertinent part, the Superior Court found, "that Plaintiffs [ ]
7   adequately stated a claim of negligence based on lack of reasonable care in the Defendants' own
8   conduct from which harm might reasonably be anticipated." *Id*. at 44. A true and correct copy of the
9   order is attached hereto as **Exhibit 1**.

Case No. 3:23-cv-03223-AMO
Case No. 3:23-cv-03416-AMO                   1
NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS

| | | |
|---|---|---|
| Dated: October 16, 2023 | By: | */s/Christopher K.L. Young* |
| | | Christopher K.L. Young |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@butericklaw.com

*Counsel for Plaintiffs and the Proposed Class*