Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>OpenAI, Inc.; et al.,<br><br>                                                  Defendants. | **Case No. 3:23-cv-03223-AMO**<br>**Case No. 4:23-cv-03416-AMO**<br><br>**JOINT STIPULATED EXTENSION OF TIME FOR STATUS CONFERENCE** |
| Sarah Silverman, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>OpenAI, Inc.; et al.,<br><br>                                                  Defendants. | |

Case No. 3:23-cv-03223-AMO
JOINT STIPULATED EXTENSION OF TIME FOR STATUS CONFERENCE

Pursuant to Civil Local Rule 6-2(a), the undersigned Parties to the above-captioned action, by and through their respective undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on October 27, 2023, the Court sent notice setting a Zoom Status Conference re ECF No. 60 for October 31, 2023 at 11:00 AM (ECF No. 61);

WHEREAS, Counsel for Plaintiffs is also counsel of record in the matter of *Le v. Zuffa, LLC*, No. 15-cv-01045, currently pending before the Honorable Richard F. Boulware in the District Court for the District of Nevada;

WHEREAS, Judge Boulware had previously scheduled an in-person hearing in the *Le* matter for October 31, 2023;

WHEREAS, on October 27, 2023, Counsel for Plaintiffs informed Counsel for Defendants of the scheduling conflict, and Defendants took no position as to vacating the status conference;

WHEREAS, Plaintiffs subsequently informed the Court of the prior scheduling conflict for October 31, 2023, and requested the Court vacate the status conference and re-set the status conference for November 8, 2023 (ECF No. 62);

WHEREAS, on October 30, 2023, the Court vacated the October 31, 2023 status conference and ordered counsel to submit a stipulation or motion to change time (ECF No. 63);

WHEREAS, the Parties have met and conferred and are mutually available on November 8, 2023 at 10:00 AM;

WHEREAS, there have been no previous time modifications in either the *Tremblay* or the *Silverman* matters;

WHEREAS, setting the status conference previously set for October 31, 2023 for November 8, 2023 would have no other effect on the schedule for either the *Tremblay* or *Silverman* matters;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, subject to the approval of the court, that the status conference previous set for October 31, 2023 should be re-set for November 8, 2023.

# [PROPOSED] ORDER

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that the Zoom status conference previously set for October 31, 2023 at 10:00 AM is set for November 8, 2023 at 10:00 AM via Zoom videoconference.

Dated: October 31, 2023

_____
Honorable Araceli Martínez-Olguín
United States Judge

Dated: October 31, 2023          By:     /s/ Christopher K.L. Young
                                         Christopher K.L. Young

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: October 31, 2023 | By:     */s/ Joseph C. Gratz*<br>        Joseph C. Gratz |

Joseph C. Gratz (State Bar No. 240676)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:    415-268-7000
Facsimile:    415-268-7522
Email:    jgratz@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, LLC; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
joseph.wetzel@lw.com
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (pro hac vice pending)
sy.damle@lw.com
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (pro hac vice pending)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*