1

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
 *jgratz@mofo.com*
Tiffany Cheung (SBN 211497)
 *tcheung@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
 *abennett@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
 *joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 *sy.damle@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants OpenAI, Inc.,*
*OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI*
*GP, L.L.C., OpenAI Startup Fund GP I, L.L.C.,*
*OpenAI Startup Fund I, L.P., and OpenAI*
*Startup Fund Management, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL TREMBLAY,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>OPENAI, INC., et al.,<br><br>Defendants. | CASE NO. 3:23-cv-03223-AMO<br>CASE NO. 3:23-cv-03416-AMO<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION** |
| SARAH SILVERMAN, et al.,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>OPENAI, INC., et al.,<br><br>Defendants. | |

1    Pursuant to this Court's Civil Local Rule 7-3(d)(2), Defendants respectfully submit this

2    Statement of Recent Decision to bring to the Court's attention newly issued authority relevant to

3    their Motion to Dismiss (ECF No. 33). On October 30, 2023, the United States District Court for

4    the Northern District of California issued an order dismissing a number of related claims, including

5    claims for direct and vicarious copyright infringement, claims under Section 1202 of the Digital

6    Millennium Copyright Act (DMCA), and claims under California's Unfair Competition Law.

7    Order on Def's Motions to Dismiss and Strike, *Andersen et al. v. Stability AI, Inc. et al.*, No. 23-

8    cv-00201, Dkt. 117 (N. D. Cal. Oct. 30, 2023) (Orrick, J.).  In pertinent part, the Court found that

9    (a) "it is simply not plausible" that every output of a Generative AI model constitutes a derivative

10    work absent "'substantial similarity' type allegations," *id.* at 12, and (b) "[i]n order to state [a]

11    claim [under Section 1202 of the DMCA], each plaintiff must identify the exact type of CMI

12    included" in their works and "allege plausible facts" regarding how that CMI was allegedly

13    removed or altered, *id.* at 18.  A true and correct copy of the order is attached hereto as Exhibit 1.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated:  October 31, 2023

Respectfully submitted,

2

3

By:  /s/ Andrew M. Gass

4

LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)

5

andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)

6

joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

7

Telephone: 415.391.0600

8

Sarang V. Damle (*pro hac vice*)
sy.damle@lw.com

9

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

10

Telephone: 202.637.2200

11

Allison L. Stillman (*pro hac vice*)
alli.stillman@lw.com

12

1271 Avenue of the Americas
New York, NY 10020

13

Telephone: 212.751.4864

14

*Attorneys for Defendants OpenAI, Inc., OpenAI,
L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C.,*

15

*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup
Fund I, L.P., and OpenAI Startup Fund*

16

*Management, LLC*

17

18

19

20

21

22

23

24

25

26

27

28