Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>OpenAI, Inc.; et al.,<br><br>　　　　　　　　　　　　　Defendants.<br><br>Sarah Silverman, et al.,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>OpenAI, Inc.; et al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Lead Case No. 3:23-cv-03223-AMO

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Kathleen J. McMahon is no longer an attorney at the Joseph Saveri Law Firm, LLP and is hereby withdrawn as counsel for Individual and Representative Plaintiffs and the Proposed Class. Kathleen J. McMahon should be removed from the Court's service list with respect to this action. The Joseph Saveri Law Firm, LLP continues to represent the Plaintiffs. All future correspondence and papers in this action should continue to be directed to counsel of record.

Dated: August 12, 2024

Respectfully Submitted,

By:      /s/ *Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*